JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA ROBLES,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF BANNING, BRIAN WALKER, NICHOLAS SCHOEN, RAY ARRETCHE, and DOES 1 through 10, inclusive,<br><br>  Defendants.<br>_____ | Case No. EDCV14-00856 VAP-SP<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**Order:**

That Plaintiff, Julia Robles dismisses the entire action with prejudice.

That each party agrees to a mutual waiver of costs, including attorneys fees.

DATED: November 21, 2014

_____
Honorable Virginia A. Phillips
United States District Judge

1